# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. __14-4420__

__Joseph Mirakay et al.__ vs. __Dakota Growers et al.__

## ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

__Dawn Weaver__

Indicate the party's role IN THIS COURT (check <u>only</u> one):

[ ] Petitioner(s)   [✓] Appellant(s)   [ ] Intervenor(s)
[ ] Respondent(s)   [ ] Appellee(s)    [ ] Amicus Curiae

(Type or Print) Counsel's Name __Joseph Darrell Palmer__
   Mr.     Ms.     Mrs.     Miss

Firm __Law Offices of Darrell Palmer PC__
Address __2244 Faraday Avenue, Suite 121__
City, State, Zip Code __Carlsbad, CA 92008__
Phone (__858__) __215-4064__          Fax (__866__) __583-8115__
Primary E-Mail Address (required) __darrell.palmer@palmerlegalteam.com__
Additional E-Mail Address (1) __maria.carapia@palmerlegalteam.com__
Additional E-Mail Address (2) _____

Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. *YOU ARE LIMITED TO TWO ADDITIONAL E-MAIL ADDRESSES.*

**SIGNATURE OF COUNSEL:** __/s/ Joseph Darrell Palmer__

---

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

*IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.*
This entry of appearance must be served on all parties.

REV. 10/23/09